IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. HIGGS,<br><br>        Petitioner,<br><br>   v.<br><br>B. CATES,<br><br>        Respondent. | No.  2:21-CV-2415-KJM-DMC-P<br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Final judgment was entered on January 13, 2023.  The Court has declined to issue a certificate of appealability.  Petitioner has appealed.  Now before the Court in this closed case are: (1) Petitioner's motion for leave to proceed in forma pauperis; and (2) Petitioner's motion for a certificate of appealability.  These motions are denied without prejudice to renewal in the Ninth Circuit Court of Appeals.

        IT IS SO ORDERED.

Dated:  February 16, 2023

                                                   DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE